ACCEPTED
12-14-00344-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/5/2015 10:08:36 AM
CATHY LUSK
CLERK

Court of Appeals Number 12-14-00344-CV
Trial Court Number 12-0384-A

VICTOR LISSIAK, JR.,
    Appellant,

v.

S.W. LOAN OO, L.P.,
    Appellee.

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/5/2015 10:08:36 AM
CATHY S. LUSK
Clerk

COURT OF APPEALS
TWELFTH DISTRICT OF TEXAS

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

Under Rule 38.6(d) of the Texas Rules of Appellate Procedure, Appellant Victor Lissiak, Jr., files this motion for an order extending the time to file Appellant's appellate brief, and respectfully shows the court the following:

1. The deadline for filing Appellant's appellate brief in this court is February 25, 2015.

2. Appellant seeks an order extending the time for filing Appellant's appellate brief for thirty days, extending the date to March 25, 2015.

3. Appellant relies on the following facts as a reasonable explanation for the requested extension of time. Appellant's attorney, has been required to devote time to other client matters, including:

(i) Joint preparation, as lead counsel, in conjunction with attorneys of Jones Day in San Francisco, California and Bengoshi of Jones Day in Tokyo, Japan for the "first hearing" in the District Court, Osaka, Japan in the appeal of an award in an arbitration proceeding in *Sanyo Electric Co., Ltd., etal v. Prem Sales, LLC, etal,* Case No. 11-02, Osaka, Japanese Commercial Arbitration Association, on February 20, 2015, at 9:00 a.m. JST (February 19, 2015, at 6:00 p.m. CST) for which Holmes received telephonic notice of on February 4, 2015, at approximately 10:15 p.m. CST.

(ii) Completion of extensive discovery and discovery disputes in the case of *Spa Castle Texas, LLC, etal v. Miura North America, Inc. & JB Industrial Contractors, Inc.*, Cause No. 2013-10309-16, 16th Judicial District Court, Denton County, Texas.

(iii) In *ADM Milling Co. eta al v. Hesed Enterprises, etal v. ADM Milling Co., etal*, Cause No DC-13-13400-M, 298ᵗʰ Judicial District Court, Dallas County, Texas, and related cases.

(iv) Finalizing and filing dispositive pleadings in two adversary proceedings in the U. S. Bankruptcy Court, Eastern District of Texas, Sherman Division, related to this case, being Adversary Case Nos. 14-04085 & 14-04087, and involving family members of Appellant.

4. Appellant's attorney is a sole-practitioner with a small office and limited staff and the substantial interruption caused by the scheduling in the case before the Osaka District Court, Osaka, Japan prevents Appellant's attorney from devoting the time required to prepare and file the Appellant's brief.

5. Appellant has made no previous requests for an extension to file the Appellant's brief.

6. The extension of time requested will not prejudice or inconvenience Appellee in any manner, nor will the time for submission of this case be extended by granting an extension of time in which to file Appellant's brief.

7. For these reasons, Appellant respectfully requests the Court to grant the Appellant a thirty day extension, to March 25, 2015, to file his brief.

Respectfully submitted,

THE HOLMES LAW FIRM, INC.

By: /s/ R. H. Holmes
Robert H. Holmes
SBN 09908400

3401 Beverly Drive
Dallas, Texas 75205
Telephone: 214-384-3182
Facsimile: 214-522-6673
email: rhholmes@swbell.net

ATTORNEYS FOR APPELLANT

CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Counsel for Appellee, S.W. Loan OO, L.P., and Counsel for Appellee has stated that Appellee IS NOT opposed to Appellant's First Motion for Extension of Time To File Petition for Review.

/s/ Robert H. Holmes
Robert H. Holmes

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to the attorney of record for S.W. Loan OO, L.P., on February 5, 2015 via efile Texas.

/s/ rhholmes
Robert H. Holmes